**AFFIDAVIT**

The undersigned Supervisory Deputy U.S. Marshal hereby makes oath before the Honorable Joyce London Alexander, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the United States Marshal Service, that I am advised that there is presently a WARRANT OF ARREST with respect to one GILBERTO TORRES-REY in the District of the Virgin Islands - Division of St. Croix, and does hereby make oath that this WARRANT is outstanding in said District as set forth in the attached copy of said WARRANT.

_____
Paul Dunne
Supervisory Deputy, U.S. Marshal
Service

Subscribed and sworn to before me this 13th day of May, 2004.

_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge
District of Massachusetts

# United States District Court

DISTRICT OF THE VIRGIN ISLANDS - DIVISION OF ST. CROIX

UNITED STATES OF AMERICA
v.

Gilberto TORRES REY A/K/A John DOE
#51-D Estate Whim
Frederiksted, St. Croix 00840

AMENDED WARRANT FOR ARREST

CASE NUMBER:

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Gilberto TORRES REY</u> and bring him forthwith to the nearest magistrate to answer a(n)

_x_ Indictment  _ Information  _ Complaint  _ Order of court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 18 United States code, Section(s) 1542.

CERTIFIED A TRUE COPY THIS 19th
DAY OF _June_ 20 03
WILFREDO F. MORALES
CLERK OF THE COURT

BY _[signature]_
DEPUTY

Honorable Jeffrey L. Resnick
Name of Issuing Officer

_[signature]_   6/19/03
Signature of Issuing Officer

WILFREDO F. MORALES, CLERK
(By) Deputy Clerk

Bail fixed at $ _No Bail Pending Appearance_

U.S. Magistrate Judge
Title of Issuing Officer

St. Croix, USVI,
Date and Location

by Honorable Jeffrey L. Resnick
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |
| | | |
| | | |