UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-M-211-JLA |
| ) | |
| GILBERTO TORRES-REY   ) | |

## ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on May 13, 2004 in Boston, Massachusetts, by the U.S. Marshal's Service on an arrest warrant issued on June 19, 2003, by the United States District Court for the District of the Virgin Islands, Division of St. Croix.

At an initial appearance held before me on May 13th, 2004, the defendant appeared before me and agreed that he is the person named in the indictment and waived his right to an identity and removal hearing and consented to an order removing him to the District of the Virgin Islands, Division of St. Croix.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is, REMOVED to the District of the Virgin Islands, Division of St. Croix and, further, that the defendant appear before the United States District Court for the District of the Virgin Islands, Division of St. Croix when ordered to do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court, District of Virgin Islands, Division of St. Croix.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

DATED: 5/13/04

1