

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02110
TELEPHONE: 617-748-9238

Tony Anastas
CLERK

May 17, 2004

The Honorable George W. Cannon
United States Magistrate Judge
District Court of the Virgin Islands
St. Croix Division
3013 Estate Golden Rock, Suite 295
St. Croix, VI 00820

In Re: **USA v. GILBERTO TORRES-REY**
MA:   MJ04-M-211 JLA
VI:   N/A

Dear Clerk:

This court conducted Removal Proceedings in the above entitled case. Pursuant to Fed. R. Crim. Procedure 5 please find the following documents:

X Affidavit in Support of Arrest
X Copy of CJA-20 Order Appointing Counsel
X Order of Removal
X Copy of Order of Commitment to Another District
X Certified Copy of Docket

Please acknowledge receipt of the above on the copy of this letter provided and return to this office for filing.

Sincerely Yours,

/S/ Rex K. Brown
Courtroom Clerk
(617) 748-9238

Enclosures